BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CR-00393-AWI-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| WILLIAM ELIZALDE, | |
| Defendant. | |

WHEREAS, on August 30, 2013, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant William Elizalde, in the following property:

a. a Polytechnologies, Model M-14s, .308 Assault Rifle,
b. a Romarm, Model WSAR-10, 7.62 x 39 Assault Rifle,
c. a FMAP Rosario, Model LSR, .308 Assault Rifle,
d. an AR-15 style 5.56 caliber Assault Rifle,
e. a 7.62 x .54 rim, bolt action, Assault Rifle, serial number M440558601
f. a 7.62 x .54 rim, bolt action, Assault Rifle with no serial number listed,
g. a bolt action rifle, serial number 5876,
h. a 30-M1 Carbine, semiautomatic rifle, serial number 4228155,
i. a 30-M1 Carbine, semiautomatic rifle, no serial number listed,
j. a bolt action rifle, serial number U7708,
k. a bolt action rifle, serial number 522K4,

Final Order of Forfeiture

1

   l. a bolt action rifle, serial number 154211,
   m. a semiautomatic handgun, serial number 220428,
   n. a semiautomatic handgun, serial number D7152,
   o. a Llama, Model Micromax, .380 caliber pistol, serial number 07042, and
   p. all ammunition and firearm parts seized in this case.

  AND WHEREAS, beginning on September 9, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

  AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

  Accordingly, it is hereby ORDERED and ADJUDGED:

  1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of William Elizalde.

  2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

  3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject

///
///
///

property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  January 3, 2014                              _____
                                          SENIOR DISTRICT JUDGE

Final Order of Forfeiture

3