# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE:** **William Elizalde**<br>**Docket Number: 1:12CR000393-001**<br>**<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>** |

Your Honor:

William Elizalde is requesting permission to travel to Renteria, Guipuzcoa, Spain and Saint Jean Levie De Vals, France. William Elizalde is current with all supervision obligations, and the probation officer recommends approval be granted.

**Convictions and Sentencing Date:** On August 25, 2012, William Elizalde was sentenced for the offense(s) of 18 U.S.C. § 922(g)(1), Felon in Possession of Firearm (Class C Felony).

**Sentence Imposed:** 60 months BOP; 36 months Supervised Release; No firearms; DNA collection; Mandatory drug testing; $100 special assessment. Special conditions: Warrantless search, Outpatient correctional treatment program, Substance abuse testing, No alcohol, and Aftercare co-payment.

**Dates and Mode of Travel:** October 7 through 17, 2018, via airplane.

**Purpose:** To visit relatives and family vacation.

Approved:

IT IS SO ORDERED.

Dated:   September 13, 2018                             _____
                                                              SENIOR  DISTRICT  JUDGE

**RE:** William Elizalde
Docket Number: 1:12CR000393-001


Respectfully submitted,

/s/ J. C. Hill

**J.C. Hill**
**United States Probation Officer**


Dated: September 13, 2018
Bakersfield, California


**REVIEWED BY:**   /s/ Lonnie E.Stockton
**Lonnie E. Stockton**
**Supervising United States Probation Officer**


cc: Kimberly A. Sanchez
Assistant United States Attorney

Richard Beshwate
Defense Counsel